IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FLORENCE R. ROBERTS; et al.                                              PLAINTIFFS

vs.                                                                      No. 1:05CV38-D-D

FIRST FINANCIAL PLANNERS, INC.; et al.                                   DEFENDANTS

## ORDER DENYING MOTIONS TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)    the Defendants' motions to dismiss (docket entries 25, 28, and 36) are DENIED.

SO ORDERED, this the 30th day of January 2006.


                                        /s/ Glen H. Davidson
                                        Chief Judge